TEMPLE BNAI SHALOM OF GREAT NECK, Appellant, v VILLAGE OF GREAT NECK ESTATES et al., Respondents, et al., Defendants.

Submitted June 18, 2007; decided September 6, 2007

Reported below, 32 AD3d 391.

Motion for reargument of motion for leave to appeal denied

with $100 costs and necessary reproduction disbursements [*see* 8 NY3d 813].